LELAND et al. *v.* ROSE.

APPLICATION for a *mandamus* to the Sixth District Court of New Orleans.

BUCHANAN, J. This application for *mandamus* cannot be entertained, the petition not being sworn to, as required by Article 840 of the Code of Practice.

We may remark further, that were the petition sworn to, it presents no cause for a *mandamus*. The proper remedy would be an appeal from the judgment complained of.